UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **GLORIA LYNN BELLAMY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:09-0061 |
| ) | Judge Echols |
| **LAWRENCE COUNTY JAIL,** ) | |
| ) | |
| **Defendant.** ) | |

## O R D E R

The Court has before it a *pro se* complaint brought under 42 U.S.C. § 1983. The plaintiff, a prisoner in the Lawrence County Jail at the time she brought this action, also has submitted an application to proceed *in forma pauperis.*

Because it appears that the plaintiff cannot afford to pay the filing fee, her application (Docket Entry No. 2) is **GRANTED**. The Clerk shall **FILE** the complaint *in forma pauperis.* 28 U.S.C. §§ 1915(a).

As provided in the accompanying Memorandum, the complaint is **DISMISSED** as frivolous. 28 U.S.C. §§ 1915(e)(2)(B)(i); 1915A(b)(1).[1] Because an appeal from the judgment rendered herein would **NOT** be taken in good faith, the plaintiff is **NOT** certified to pursue an appeal *in forma pauperis.* 28 U.S.C. § 1915(a)(3).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

Robert L. Echols
United States District Judge

---

[1] The Prison Litigation Reform Act pertains to this action, because the plaintiff was incarcerated at the time she brought this action. *See Cox v. Mayer*, 332 F.3d 422, 425, 427-428 (6th Cir. 2003).